

FILED

JUN 17 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19 MJ 00129 BAM |
| Plaintiff, | **UNDER SEAL** |
| v. | ORDER SEALING WRITS OF HABEAS CORPUS |
| DONAVEN ADKINS, et al., | |
| Defendants. | |

The United States having applied to this Court for a writ of habeas corpus in the above-captioned proceedings and having applied for the application and writ of habeas corpus to remain under seal in order to prevent the destruction of evidence and flight of the targets of the investigation,

IT IS ORDERED that the application and writ of habeas corpus filed in the above-entitled matter shall be filed with this Court under seal and not be disclosed pending further order of this court.

Dated: June 17, 2019

_____
HONORABLE BARBARA A. MCAULIFFE
U.S. MAGISTRATE JUDGE

Order Sealing Writ of Habeas Corpus                    1